UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,          :

                              -v-                  :          16-cr-655 (VSB)

                                                 :          **ORDER**

BRUCE SIMMONS,                        :

                               Defendant.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The status conference currently scheduled for August 31, 2023, is hereby adjourned to August 30, 2023, at 1:00 p.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  August 21, 2023
           New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge