UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                  :

UNITED STATES OF AMERICA,              :

                  -v-                            :            16-cr-655 (VSB)

                                        :            **<u>ORDER</u>**

BRUCE SIMMONS,                        :

                           Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        The status conference currently scheduled for August 31, 2023, is hereby adjourned to August 30, 2023, at 10:00 a.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.  This supersedes my prior order at Doc. 41.

SO ORDERED.

Dated:  August 21, 2023
             New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge