UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                                 :

UNITED STATES OF AMERICA,         :

                       -v-                           :                    16-cr-655 (VSB)

                                              :                    **<u>ORDER</u>**

BRUCE SIMMONS,                      :

                          Defendant.   :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Due to a scheduling conflict, the status conference currently scheduled for September 14, 2023, is hereby adjourned to September 19, 2023, at 12:30 p.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.  This supersedes my prior order at Doc. 44.

SO ORDERED.

Dated:  September 6, 2023
            New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge