

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2023

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 12/18/2023

The status conference scheduled for December 19, 2023 is hereby adjourned to January 30, 2024 at 10:00 AM.

**BY ECF**

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Bruce Simmons*, 16 Cr. 655 (VSB)

Dear Judge Broderick:

    The Government respectfully submits this letter on behalf of the parties to jointly request an adjournment of the VOSR conference currently scheduled for December 19, 2023.  The reason for the request is that Probation is attempting to place the defendant in an inpatient drug treatment program and may do so imminently.  Accordingly, the parties respectfully request an adjournment of approximately four weeks, to a date and time that is convenient for the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:     s/
    Nicholas Folly
    Assistant United States Attorney
    Tel.: (212) 637-1060